UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ALLDREDGE,

                    Petitioner,

        -against-

DONALD JOHN TRUMP,

                    Respondent.

23-CV-4308 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the August 3, 2023, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 3, 2023
           New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge